UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRMA WALKER | CIVIL ACTION NO. |
| VERSUS | JUDGE |
| WINN-DIXIE MONTGOMERY, LLC AND WINN-DIXIE STORES, INC. | MAGISTRATE JUDGE |

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes defendant, **WINN-DIXIE MONTGOMERY, LLC**, who pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, hereby files this Notice of Removal of that matter now pending in the 21st Judicial District Court, in and for the Parish of Tangipahoa, State of Louisiana, captioned: *Irma Walker versus Winn-Dixie Montgomery, LLC and Winn-Dixie Stores, Inc.*, bearing Docket Number 2022-258, Division D, to the United States District Court for the Eastern District of Louisiana. A copy of this Notice of Removal is herewith served upon counsel of record for all parties, and further filed with the Clerk of the aforesaid state court, in conformity with 28 U.S.C. § 1446(d).

Defendant respectfully represents the grounds for removal as follows:

1.

On January 28, 2022, Plaintiff filed the aforementioned Petition for Damages in the 21st Judicial District Court naming Winn-Dixie Montgomery, LLC as Defendant.

2.

The Petition was served and received by Winn-Dixie Montgomery, LLC on February 14, 2022.

3.

According to the Petition for Damages, Plaintiff, Irma Walker, is a citizen of the State of Louisiana.

4.

Defendant, Winn-Dixie Montgomery, LLC is a citizen of the State of Florida as the sole member of Winn-Dixie Montgomery, LLC is Winn-Dixie Stores, Inc., which is a citizen of the State of Florida as it is incorporated in and maintains its principal place of business in the State of Florida.

5.

This suit is between citizens of different states for purposes of 28 USC §1332(a), and complete diversity of citizenship exists between Plaintiff and Defendant. Complete diversity also existed at the time Plaintiff filed his Petition.

6.

In addition, the amount in controversy exceeds the jurisdictional limit of $75,000.00.

7.

On March 24, 2022, Winn-Dixie Montgomery, LLC filed an Answer to Plaintiff's Petition for Damages. Thereafter, Defendant submitted discovery to Plaintiff including Interrogatories, Requests for Production of Documents, and Medical Authorization Requests.

8.

Plaintiff responded to the discovery which was received by Defendant on May 25, 2022 (Attached hereto as Exhibit "A").

9.

In answer to Interrogatory No. 15, regarding a surgical recommendation, Plaintiff responded, "Yes, surgical reconstruction of her left knee was necessary and has been performed by Dr. Charles Schumacher of Covington Orthopedic & Sports Medicine Institute. An extension of a prior lumbar fusion to include levels L3-4 has been recommended, but not yet performed."

10.

Plaintiff's medical records attached to her discovery responses indicated that her medical bills incurred to date total over $55,000.00. (See Exhibit "A")

11.

Additionally, in answer to Interrogatory No. 22, regarding whether the amount of damages alleged in the petition were equal or in excess of $75,000.00, Plaintiff responded, "Yes."

12.

This Notice of Removal is timely, as it has been filed within thirty (30) days after receipt by Defendant of Plaintiff's discovery responses and medical records which indicate that the amount in controversy is in excess of $75,000.00.

13.

Since complete diversity exists and the amount in controversy exceeds the jurisdictional requirement of §1332, this Honorable Court has original jurisdiction of the above-entitled action pursuant to 28 USC §1332 and, therefore, removal of this action from state court to this Court is proper pursuant to 28 USC §1441(a).

14.

Attached hereto as Exhibit "B" is a copy of all process, pleadings and orders served upon

Defendant in the state court action, pursuant to 28 U.S.C. §1446(a).

15.

Pursuant to 28 U.S.C. §1446(d), Winn-Dixie Montgomery, LLC has this day given and served written notice of this removal on all adverse parties through their counsel of record and have filed a copy of this Notice of Removal with the Clerk of Court in the state action where the instant suit was originally filed. (See Exhibit "C," cover letter and Notice of Filing Notice of Removal.) Pursuant to 28 U.S.C. §1446(a) and Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel states that the averments of this Notice of Removal are well-grounded in fact and are warranted by existing law and that this matter is within the jurisdiction of this Court pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441 et seq.

16.

Winn-Dixie Montgomery, LLC requests a trial by jury.

**WHEREFORE**, Defendant, Winn-Dixie Montgomery, LLC, prays that this Notice of Removal be deemed good and sufficient as required by law, that the aforesaid action, *Irma Walker versus Winn-Dixie Montgomery, LLC and Winn-Dixie Stores, Inc.*, bearing Docket Number 2022-258, Division D, be removed to the United States District Court for the Eastern District of Louisiana and that this Court have and assume full and complete jurisdiction therefore and issue all necessary orders and grant all general and equitable relief to which defendant might be entitled, and that all further proceedings in the state court be discontinued.

Respectfully submitted:

**ERLINGSON BANKS, PLLC**

By: _s/ Judson G. Banks_____
MARY G. ERLINGSON (#19562)
JUDSON G. BANKS (#27369) TA
KAITLIN A. WALL (#39462)
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
*Attorneys for Winn-Dixie Montgomery, LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing Notice of Removal has this day been sent by electronic mail and/or placed in the U.S. mail, postage prepaid, and properly addressed to:

Matthew D. Hemmer
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
PH: 504-525-8000
FX: 800-878-8937
mhemmer@morrisbart.com

Baton Rouge, Louisiana, this 23rd day of June, 2022.

_____s/Judson G. Banks_____
Judson G. Banks

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRMA WALKER | CIVIL ACTION NO. |
| VERSUS | JUDGE |
| WINN-DIXIE MONTGOMERY, LLC AND WINN-DIXIE STORES, INC. | MAGISTRATE JUDGE |

## CERTIFICATE

**NOW INTO COURT,** through undersigned counsel, comes defendant, **WINN-DIXIE MONTGOMERY, LLC**, who states that Exhibit "C" attached hereto constitutes the entire state court record of "**IRMA WALKER versus WINN-DIXIE MONTGOMERY, LLC AND WINN-DIXIE STORES, INC.; Docket Number 2022-0258, Division D**" on the docket of the 21st Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana, as it understands it to be.

Respectfully submitted:

**ERLINGSON BANKS, PLLC**

By: _s/ Judson G. Banks_____
MARY G. ERLINGSON (#19562)
JUDSON G. BANKS (#27369) TA
KAITLIN A. WALL (#39462)
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
*Attorneys for Winn-Dixie Montgomery, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRMA WALKER | CIVIL ACTION NO. |
| VERSUS | JUDGE |
| WINN-DIXIE MONTGOMERY, LLC AND WINN-DIXIE STORES, INC. | MAGISTRATE JUDGE |

### LIST OF ALL DOCUMENTS INCLUDED IN STATE COURT RECORD

1. Civil Cash Receipt

2. Plaintiff's Petition for Damages

3. Requests for Admission, Interrogatories, and Request for Production

4. Citation to Winn-Dixie Stores, Inc.

5. Citation to Winn-Dixie Montgomery, LLC

6. E-Filing Account Overdraw Notice

7. Citation to Winn-Dixie Stores, Inc. Service Return

8. Citation to Winn-Dixie Montgomery, LLC Service Return

9. Letter to Clerk filing Answer and RWN

10. Request for Written Notice

11. Answer to Petition for Damages

12. Civil Cash Receipt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRMA WALKER | CIVIL ACTION NO. |
| VERSUS | JUDGE |
| WINN-DIXIE MONTGOMERY, LLC AND WINN-DIXIE STORES, INC. | MAGISTRATE JUDGE |

## LIST OF ALL COUNSEL OF RECORD

**Counsel for Plaintiff, Irma Walker**

Matthew D. Hemmer (#34300)
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA  70130
PH: 504-525-8000
FX: 800-878-8937
mhemmer@morrisbart.com


**Counsel for Defendant, Winn-Dixie Montgomery, LLC**

Mary G. Erlingson (#19562)
Judson G. Banks (#27369) TA
Kaitlin A. Wall (#39462)
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
PH: 225-218-4446
FX: 225-246-2876
jbanks@erlingsonbanks.com